■ DAVID GOLDEN, Respondent, v SHIRLEY GOLDEN, Appellant. [643 NYS2d 339]

The Special Referee's decision is substantially supported by the record, and we discern no reason to usurp her role as arbiter of fact and credibility (*see, DiIorio v Gibson & Cushman*, 204 AD2d 167; *Zuckerman v Altman*, 200 AD2d 520, *lv denied* 83 NY2d 756). Concur—Murphy, P. J., Wallach, Rubin, Williams and Mazzarelli, JJ.

■ In the Matter of 105 WEST 28TH STREET CORP., Appellant, v NEW YORK CITY LOFT BOARD, Respondent, and GILBERTO BARRETTO et al., Intervenors-Respondents. [643 NYS2d 91]

The Loft Board's determination is supported by the evidence adduced in administrative proceedings, that the buildings share a common fire escape, boiler, and water heating and sprinkler systems and other commonality. We have considered petitioner's remaining argument and find it to be without merit. Concur—Murphy, P. J., Wallach, Rubin, Williams and Mazzarelli, JJ.